IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BONN MCGEE<br><br>Defendant. | CASE NO. 2:13-MJ-0230-AC<br><br>**ORDER DENYING GOVERNMENT'S MOTION FOR A STAY OF THE RELEASE ORDER PENDING THE DISTRICT COURT'S DECISION ON THE GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER AND REVIEW OF DETENTION** |

    The United States has moved for a stay of the pretrial release order in this case, pending a decision on the government's motion for revocation of the release order and review of detention. The motion for a stay was filed on the day that defendant had been ordered released, and after the defendant had already been released to Pretrial Services and transported to The Effort residential drug treatment program. The government had not earlier indicated its intention to seek a stay of the release order.

    Accordingly, the motion for a stay of the release order is denied as moot. The government may seek

////

////

////

////

////

1

1 | relief from the district judge assigned to this case.
2 | Dated: August 5, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE